IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Castellano, Henry | Case Number: 08 B 05238 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 3/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 20, 2009
Confirmed: May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,560.00 | |
| Secured: | | 393.02 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 166.98 |
| Other Funds: | | 0.00 |
| Totals: | 2,560.00 | 2,560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 2,000.00 | 2,000.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | 17,726.78 | 102.53 |
| 6. | Ocwen Federal Bank FSB | Secured | 5,008.06 | 290.49 |
| 7. | Asset Acceptance | Unsecured | 18.61 | 0.00 |
| 8. | CitiFinancial | Unsecured | 829.45 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 82.40 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 45.10 | 0.00 |
| 11. | American General Finance | Unsecured | | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| | | | $ 25,710.40 | $ 2,393.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 128.70 |
| 6.6% | 38.28 |
| | $ 166.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Castellano, Henry

Printed: 01/29/09

Case Number:  08 B 05238
Judge:  Wedoff, Eugene R
Filed:  3/5/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

